## KIMBELL v. STATE.
### No. 24290.

Court of Criminal Appeals of Texas.
March 2, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is negligent homicide in the second degree; the punishment, twelve months in jail.

The record before us is without a statement of facts or bills of exception. Noth-

ing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.